No. 1274. CONTINENTAL OIL CO. ET AL. *v.* FEDERAL POWER COMMISSION;

No. 1287. SUPERIOR OIL CO. *v.* FEDERAL POWER COMMISSION;

No. 1291. NEW MEXICO ET AL. *v.* FEDERAL POWER COMMISSION;

No. 1292. SUN OIL CO. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 1293. CALIFORNIA ET AL. *v.* SKELLY OIL CO. ET AL.;

No. 1294. HUNT OIL CO. ET AL. *v.* FEDERAL POWER COMMISSION;

No. 1295. PACIFIC GAS & ELECTRIC CO. ET AL. *v.* SKELLY OIL CO. ET AL.;

No. 1302. BASS ET AL. *v.* FEDERAL POWER COMMISSION;

No. 1342. FEDERAL POWER COMMISSION *v.* SKELLY OIL CO. ET AL.; and

No. 1412. CITY OF LOS ANGELES *v.* SKELLY OIL CO. ET AL. C. A. 10th Cir. These cases will hereafter be referred to collectively as the "Permian Basin Area Rate Cases."

Motions to supplement petitions in Nos. 1293 and 1295 granted. Petitions for writs of certiorari granted and cases consolidated for oral argument, eight hours being assigned for the hearing of these cases and any other cases which may be granted with respect to the "Permian Basin Area Rate Cases." Such time is to be divided among the parties, with four hours allotted to those supporting the order of the Federal Power Commission and four hours to those attacking such order, the division of time among

counsel on each side to be settled among themselves. Briefs of those parties supporting the order of the Federal Power Commission shall be filed on or before August 25, 1967, and of those attacking such order shall be filed on or before October 9, 1967.

*Bruce R. Merrill, Joseph C. Johnson* and *Thomas H. Burton* for Continental Oil Co., and *Cecil N. Cook* for Midhurst Oil Corp., petitioners in No. 1274.

*Murray Christian* and *H. W. Varner* for petitioner in No. 1287.

*Crawford C. Martin,* Attorney General, *George M. Cowden,* First Assistant Attorney General, *Houghton Brownlee, Jr., Linward Shivers* and *C. Daniel Jones, Jr.,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for the State of Texas; and *Boston E. Witt,* Attorney General, and *William J. Cooley,* Special Assistant Attorney General, for the State of New Mexico, petitioners in No. 1291.

*Robert E. May* and *Louis Flax* for petitioner in No. 1292.

*Mary Moran Pajalich* and *J. Calvin Simpson* for petitioners in No. 1293.

*Paul W. Hicks, Robert W. Henderson* and *Donald K. Young* for petitioners in No. 1294.

*Frederick T. Searls* for petitioner Pacific Gas & Electric Co., and *John Ormasa* for petitioners Pacific Lighting Service & Supply Co. et al. in No. 1295.

*J. Evans Attwell* and *W. H. Drushel, Jr.,* for petitioners in No. 1302, and for respondents Bass et al. in Nos. 1293 and 1342.

*Solicitor General Marshall, Ralph S. Spritzer, Richard A. Posner, Richard A. Solomon* and *Peter H. Schiff* for petitioner in No. 1342.

*Roger Arnebergh* for petitioner in No. 1412.

*Oliver L. Stone* and *Thomas G. Johnson* for Shell Oil Co.; *Warren M. Sparks* and *Donald R. Arnett* for Gulf

Oil Corp., et al.; *Kenneth Heady* and *John R. Rebman* for Phillips Petroleum Co.; *Joseph W. Morris* and *Edwin S. Nail* for Amerada Petroleum Corp.; *Homer E. McEwen, Jr.,* for Sunray DX Oil Co.; *Charles E. McGee* and *John T. Ketcham* for Sinclair Oil & Gas Co.; and *Francis R. Kirkham* and *Justin R. Wolf* for Standard Oil Co. of Texas, certain respondents in Nos. 1293, 1295, 1342 and 1412.

*William K. Tell, Jr.,* for Texaco Inc.; *J. P. Hammond, T. C. McCorkle, William H. Emerson* and *Carroll L. Gilliam* for Pan American Petroleum Corp.; *Carroll L. Gilliam* for Mobil Oil Corp. et al.; *Hawley C. Kerr* and *Sherman S. Poland* for Skelly Oil Co.; *Clayton L. Orn, Joseph F. Diver* and *Jack Fariss* for Marathon Oil Co.; *Martin Erck* and *Bernard A. Foster, Jr.,* for Humble Oil & Refining Co.; *Stuart J. Scott* and *Bernard A. Foster, Jr.,* for Atlantic Richfield Co.; *Graydon D. Luthey* for Cities Service Oil Co. et al.; *Jerome M. Alper* for Reef Corp.; *Oscar J. Cadwallader, Jr.,* for Tidewater Oil Co.; *Richard F. Remmers* for Sohio Petroleum Co.; and *Bernard A. Foster, Jr.,* and *James D. McKinney, Jr.,* for Dorchester Gas Producing Co. et al., certain respondents in Nos. 1293, 1295 and 1342. Reported below: 375 F. 2d 6.

[For earlier order in No. 1342, see 387 U. S. 902.]